IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES LEVOY WATERS,**
  **Petitioner,**

vs.             CASE NO.: 3:05cv393/RV/MD

**JAMES R. MCDONOUGH,**
  **Respondent.**
_____

### O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 31, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in *State of Florida v. James Levoy Waters*, in the Circuit Court of Escambia County, Florida, case number 99-695, is DENIED and the clerk is directed to close the file.

  DONE AND ORDERED this 22nd day of September, 2006.

             /s/ *Roger Vinson*
             **ROGER VINSON**
             **SENIOR UNITED STATES DISTRICT JUDGE**